US District Court District of Columbia

Case No: _____

COMPLAINT AND DEMAND FOR JURY TRIAL

Borealis S Hedling
Travelodge Plus Dublin City Centre
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Plaintiff,

V.

The Bank of Ireland
Bank of Ireland Group Head Office
Mespil Road,
Dublin 4 (Ireland)
Defendant

Case: 1:26–cv–00101 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 1/13/2026
Description: Pro Se Gen. Civ. (F–DECK)

Subject Matter Jurisdiction:

The Alien Tort Statute (ATS) 28 U.S.C. § 1350 Article 13 & 14 UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.

"Article 13
Each State Party shall ensure that any individual who alleges [they] has been subjected to torture in any territory under its jurisdiction has the right to complain to, and to have [their] case promptly and impartially examined by, its competent authorities. Steps shall be taken to ensure that the complainant and witnesses are protected against all ill-treatment or intimidation as a consequence of [their] complaint or any evidence given."

Article 14
1. Each State Party shall ensure in its legal system that the victim of an act of torture obtains redress and has an enforceable right to fair and adequate compensation, including the means for as full rehabilitation as possible. In the event of the death of the victim as a result of an act of torture, [their] dependants shall be entitled to compensation."

-Article 13 & 14 UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.



RECEIVED

JAN 13 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

WHEREFORE, Plaintiff, BOREALIS  S HEDLING demands judgment against
Defendants, The Bank of Ireland for damages in the form of funding a Genocide Memorial for
the People of the Sovereign Nation of Palestine, as well as interest, costs, punitive damages,
attorney's fees,  and such other relief as this Court may deem just and proper. The People via a
Jury are the only competent authority to judge this case.

1.  The Plaintiff in good faith approached the Bank of Ireland via their media office and
    Fraud email November 20, 2025 noting their complex situation as a Human Rights
    Defender seeking to establish a bank account absent the Government of Ireland
    providing identity documents. The Bank of Ireland as of January 5, 2026 is still
    misgendering the Plaintiff and normalizing their acts of Transnational Repression as a
    non-state actor.



2. Per the below the Financial Services and Pension Ombudsman is not really acting impartially a fact the Plaintiff per EX 1 a January 9, 2026 Complaint regarding a breach of their ethics code to protect individuals from psychological harm and report crimes still has not been acknowledged.



---------- Forwarded message ----------
From: **Borealis** <lectio.divina.forsophie@gmail.com>
Date: Sat, Nov 29, 2025, 3:38 PM
Subject: Emergency Accommodations to take this as my complaint against the Bank of Ireland and Request for Emergency in Person Mediation
To: <access@fspo.ie>, <info@fspo.ie>
Cc: <BOIComplaints@boi.com>, Info <info@fspo.ie>, <access@fspo.ie>, <complaints@ombudsman.ie>, <hrc-sr-truth@un.org>, <hrc-sr-disability@un.org>, <hrc-sr-torture@un.org>, <gillian.orr@boi.com>, <365security@boi.com>, Femmy S Fatondji <brand@bcorporation.net>, <Suzanne.ODea@boi.com>, <Ronan.O'Keeffe@boi.com>, <Brian.ONeill@boi.com>, <Mark.Leech@boi.com>, <press@amnesty.org>, <hrwdc@hrw.org>, <hrwpress@hrw.org>, <info@frontlinedefenders.org>, <support@protectdefenders.eu>, <press@transparency.org>, <ogis@nara.gov>

Good afternoon,
It is fairly clear what the problem is. My request to rectify this is:

1. The Bank of Ireland will immediately fund the construction of a memorial of the Genocide in Palestine. To be designed by a Palestinian artist.

2. The Bank of Ireland will add a prefix drop-down menu to their online complaint form including the option to use no prefix and gender neutral prefixes.

3. The Bank of Ireland will work with Front Line Defenders to provide Human Rights Defenders with emergency financial services.

4. The Bank of Ireland will apologize and appropriately compensate me for their deliberate indifference.

Thanks,
Borealis S Hedling
They / Them

Mr. Borealis Hedling

By email: borealis.appeals@gmail.com

**Bank of Ireland**

Group Customer Complaints
Bank of Ireland



9:27 Tue, Jan 13

Customer Complaints Team
Floor 1, Newlands Cross Business Centre
Clondalkin
Co. Dublin
D22 W324

28 November 2025

www.bankofireland.com

Case Reference: BOI-1115501-F2R6G8

Dear Mr.Hedling

**Final response to your complaint**

Thank you for taking the time to highlight your concerns and for giving us the opportunity to investigate this matter thoroughly. I am sorry you had to make a complaint to Bank of Ireland. I have finished investigating your complaint and this letter outlines my final response.

**What are the results of the investigation?**

I am sorry to hear of the circumstances in which you have outlined in your complaint.

I understand from your complaint that you have a $5,000 chreque, which you wished to encash. Please note that the Bank does not cash cheques for non-customers and that a foreign currency cheque must, in any case, be deposited and routed through an international bank for processing and vailidation. To do this you must also have a Bank of Ireland account. Please note, for transactions involving a foreign currency conversion, a buy/sell margin and a handling fee applies, unless otherwise stated. Bank of Ireland is authorised and regulated by the Central Bank of Ireland in regard to fees and charges.

I regret that you did not state which Bank of Ireland branch you visited. Should you wish to state so now please reply to me by email to BOIComplaints@boi.com.

The Bank is not in a position to comment on the legal matters detailed in your complaint.

As there has been no error by the Bank I am unable to uphold your complaint.

While I note your comments about the Financial Ombudsman the Bank is obliged to refer you to that office in the matter of complaints as regulated by the Consumer Protection Code.

**Legal Information** Bank of Ireland - The Governor and Company of the Bank of Ireland, incorporated by charter with Limited Liability. A tied agent of New Ireland Assurance Company plc, trading as Bank of Ireland Life, for life assurance and pensions business.

Bank of Ireland is regulated by the Central Bank of Ireland.
**Classified as Private (Amber)**

**Directors** A list of names and personal details of every director of the company is available to the public for inspection at the company's registered office for a nominal fee and on the Bank of Ireland Group website.
**Registered Information** Registered in Ireland. Registered No. C-1.
**Registered Office** 2 College Green, Dublin, D02 VR66

A member of

Bank of
Ireland
Group

**What if I am dissatisfied with this final response?**

If you are dissatisfied with our final response or how your complaint has been handled, you can call the Financial Services and Pensions Ombudsman (FSPO) on 01 567 7000, email them at info@fspo.ie, or write to them at:

Financial Services and Pensions Ombudsman
Lincoln House
Lincoln Place
Dublin 2
D02 VH29

Visit fspo.ie/make-a-complaint or search 'FSPO complaints' to find out more.

**What if I need extra help?**

Please get in touch if you need this information in braille, large print, audio, or in another language. Text 'extra help' to 50365, call 1800 946 146 (choose option 1), or visit your local branch. Our staff have lots of experience serving customers with various needs and will be delighted to help you

Yours sincerely

↩ Reply          → Forward



9:27 Tue, Jan 13

---------- Forwarded message ----------
From: **Borealis** <lectio.divina.forsophie@gmail.com>
Date: Sat, Nov 29, 2025, 8:36 AM
Subject: FYI: To the Bank of Ireland UK of potential Section 45 Order to Court of Sessions as failure to accommodate is an offense against the administration of Justice
To: <BOIComplaints@boi.com>

Stopping Genocide and helping human rights defenders is a moral issue not a legal one.

Yet even the threat of legal action to get your bank to act morally failed.

Please confirm if you investigated this?

---------- Forwarded message ----------
From: **Borealis** <lectio.divina.forsophie@gmail.com>
Date: Thu, Nov 20, 2025, 1:11 PM
Subject: To the Bank of Ireland UK of potential Section 45 Order to Court of Sessions as failure to accommodate is an offense against the administration of Justice
To: <gillian.orr@boi.com>, <hrc-sr-truth@un.org>
Cc: <info@fspo.ie>, <365security@boi.com>, Femmy S Fatondji <brand@bcorporation.net>, <Suzanne.ODea@boi.com>, <Ronan.O'Keeffe@boi.com>, <Brian.ONeill@boi.com>, <Mark.Leech@boi.com>, <press@amnesty.org>, <hrwdc@hrw.org>, <hrwpress@hrw.org>, <info@frontlinedefenders.org>, <support@protectdefenders.eu>, <press@transparency.org>

Good afternoon,
As noted to the Bank of Ireland versus the UK I am seeking emergency assistance as a human rights defender. I will be blunt I have no access to the Courts of Ireland due to how deeply I have fought for human rights in this country. Regardless of if the Court of Sessions acts lawfully. Given similar treatment by the King's Bench Court, UK Court of Appeals, and UK Supreme Court. The Court of Sessions is the only Court that has at least affirmed victims of torture can't be charged a filing fee. I am just looking for help. Generally corporations and the Government don't care about human rights. Making the assertion under international law you can a call upon the Jurisdiction of a court absent its consent. If said court is participating in violations of international law is solid international customary law at this point.

I will draft a Section 45 Summary Petition to the Outer House to compel the Bank of Ireland to help me. Even if the Jurisdiction you are licensed in the UK is different. I don't expect anything except for disappointment and not being treated like a

↩ Reply          → Forward

human being. I am trying to have US Courts recognizes victims of torture can't be charged fees. That judges can't violate international criminal law. All I need help with is a simple accommodation understanding I have extreme fears of financial institutions. The Government of Ireland has kneecapped me as an act of transitional Repression for asking them the create a court of universal jurisdiction to hold heads of state accountable for Crimes Against Humanity and Genocide.

I wish I could just trust in human kindness. Or businesses to act in good faith, but if even B Lab Global is fine with watching without comment. I have no faith in businesses to act in the interest of democracy, human rights, or rule of law. I am at least upfront with the actions I find it necessary to take to meet the absurd demands of corrupt foreign courts to prove a point. Ensure non-recurrence when hopefully the world decides human rights are important again. I am just scared and the only way I know how to communicate urgency is emergency Litigation or notification I will pursue it if my human rights defense work is impeded.
Thanks,
Borealis S Hedling
They / Them



**Summary Petition to the Outer House for a Emergency Section 45 Order**

*cause reference number* _____

UNTO THE RIGHT HONOURABLE THE LORDS OF COUNCIL AND SESSION

The petition of Borealis S. Hedling v. The Inner House of the Court of Sessions
1 Lydall ST Manchester, CT 06042 (house in foreclosure)
Brought Pro Se under Section 45 (b) of the 1988 Court of Sessions Act, Article 13 and 14 ofthe UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, Jus Cogens, International Customary Law, and Article 1 and 13 of the European Convention on Human Rights

**HUMBLY SHEWETH:-**

1. That the Inner House of the court of Sessions have violated every international instrument this act is being brought under and many listed in an email to MSP Emma Roddick MSP copied below. The latest Petition of Forgiveness filed 24/2/25, Schedule of Documents, Schedule of Service, a concurrent Conditional Motion to Withdraw King's Bench Court Claim KB-2024-004260 Lawson V The Civil Justice Council, and Supporting documents 1-3. Are provided respectively as Supporting Documents 1-7.

To the Supreme Court of Scotland please forward the attached action and documents to the Outer House to immediately compel the Inner House to stop violating international law and torturing me :'(.

Hi Emma,
I feel like this could be covered by international law overrides parliamentary rules. Still I find the thought experiment of the absurd nature of how much effort it requires to get as a human rights defender tortured by your Government takes. Who has a verifiable right to citizenship by descent. Or to show it is a breach of the code of conduct for MSPs not to help. With the addition of other strange standing rights I have that complicate a very simple and blatant violation of international law I desperately need help to end. As not killing myself becomes harder daily. I am more than willing to offer oral testimony to an open session of Parliament on everything attached and below. To get my Article 13 UN Convention against Torture rights finally respected.

If the Inner House of the Court of Sessions had acted legally I would have been Emma's (sorry bit confusing with the 2 Emmas) constituent... The Inner House has been violating international law since 8/1/25. Or worse which as you can see blacklisted a victim of torture from accessing the courts. So as we see from the Petition to the Nobile officium filed 24/1/25 (twice Amended).

The Petition

of

Borealis S Hedling

for
Ensuring the Equitable jurisdiction of the Nobile Officium does not just have the "pretence of equity" by respecting the Petitioner's Article 6 (1) Convention rights

"11. The Petitioner wants their dignity back this court owes them a chance to be heard.

MAY IT THEREFORE please your Lordships to arrange travel to Edinburgh for an emergency hearing on the previously submitted Petitions to the Nobile officium supplemented with oral testimony. To ensure the Petitioner's Article 6 (1) Convention Rights to a hearing regarding their civil rights is upheld. Along with their Article 13 rights to an effective remedy



with their Article 13 rights to an effective remedy.
According to Justice, etc."

That is a complicated question to answer having been refouled 9 times and grappled with severe suicidal ideations. I would argue under international law. Section 8(4) of the MSP code of conduct much like what makes every case I file under the Scottish Legal Aid Act of 1988 Section 36.4 or just the plain text reading of Article 13 of the UN Convention against Torture.

"Article 13
Each State Party shall ensure that any individual who alleges [they] has been subjected to torture in any territory under its jurisdiction has the right to complain to, and to have [their] case promptly and impartially examined by, its competent authorities. Steps shall be taken to ensure that the complainant and witnesses are protected against all ill-treatment or intimidation as a consequence of [their] complaint or any evidence given.

-Article 13 UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.

You can't predicate reviewing a complaint of torture if the courts and executive branch of the Scottish Government are participating in it. It breaches the code of conduct for MSP's because Section 8.4. The prior agreement applies to Article 13 of the UN Convention against

Torture because Parliament counts as a competent authority if appropriately approached. Think of Article 13 as a Whistleblower complaint and retaliation protection law.

"A MSP must not deal with a constituency case or constituency issue outwith their constituency / region unless by prior agreement."

Further under Section 7.5 of the Code of conduct states (it should also include the general public)

"Treatment of others
5. Members must treat the following individuals with courtesy and respect:

other MSPs;
parliamentary staff (including contractors providing services to the Parliament);
their own staff and the staff of other MSPs."

It is incredibly dangerous to ignore violations of international law and illegal activity as it shows anyone in society including the individuals listed could suffer similar harm. That is why Article 14 of the UN Convention against Torture exists as a mechanisms of compensation for victims of torture and allows for the international obligation to non-recurrence.

Article 14
1. Each State Party shall ensure in its legal system that the victim of an act of torture obtains redress and has an enforceable right to fair and adequate compensation, including the means for as full rehabilitation as possible. In the event of the death of the victim as a result of an act of torture, [their] dependants shall be entitled to compensation."

-Article 14 UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.

As I have proved via the action you have been previously provided that prompted your reply. Shunning a victim of torture or blacklisting them from remedies they are entitled to under law is a form of torture. As it is inherently retaliatory and violates Article 13 of the Convention



against Torture. Refoulment and torture violate the Principles of Jus Cogens. Which if a country has been provided evidence of those events happening and ignores them under international law not respecting the Principles of non-refoulement is a violation of Article 3 of the UN Convention against Torture and Article 33 of the UN Convention and Protocol Relating to the Status of Refugees. They can't be allowed to be called a third safe country asylum seekers can face systemic mass deportation by design which is a crime Against humanity.

"Article 3
1. No State Party shall expel, return ("refouler") or extradite a person to another State where there are substantial grounds for believing that he would be in danger of being subjected to torture.

2. For the purpose of determining whether there are such grounds, the competent authorities shall take into account all relevant considerations including, where applicable, the existence in the State concerned of a consistent pattern of gross, flagrant or mass violations of human rights."

-Article 3 UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.

"Article 33
1. No Contracting State shall expel or return ('refouler') a refugee in any manner whatsoever to the frontiers of territories where his life or freedom would be threatened on account of his race, religion, nationality, membership of a particular social group or political opinion.

2. The benefit of the present provision may not, however, be claimed by a refugee whom there are reasonable grounds for regarding as a danger to the security of the country in which he is, or who, having been convicted by a final judgment of a particularly serious crime, constitutes a danger to the community of that country."

—Article 33 Convention and Protocol Relating to the Status of Refugees

Per Section 7.17-19 of the Code of Conduct Emma could not legally tells you to not to immediately address my concerns.

"Members' responsibilities
17. Members' staff carry out their duties as employees both within and outwith the Parliamentary complex and have dealings with those individuals mentioned in paragraph 7.5.

18. Consistent with their duties as employers, members must take all reasonable steps to ensure that their staff are fully aware of, understand and abide by the policies, rules, requirements and behavioural standards that apply to the conduct of staff when carrying out their duties both within and outwith the Parliamentary complex and in dealing with those individuals mentioned in paragraph 7.5.

19. If a member becomes aware that a member of their staff has not abided by any policies, rules, requirements or behavioural standards, that member must take appropriate action in relation to their member of staff."

The defacto interpretation should be if the Inner House should had granted the Petition noted 24/1/25 as required by international law I would have again have been in Edinburgh for about

a month by now. So I am legally a constituent without an address. Based on Article 6 (1) European Convention Rights the right to a public hearing regarding civil rights issues. Along with Article 13 the right to an effective remedy my argument is bullet proof. You could go further and say as no international or constitutional law is ever applied to me I am functionally stateless. I am also obviously a refugee being held in the debtor's prison via the noted lack of compensation for the torture. Which gives you even more rights. Even then given the home secretary and foreign secretary in England left me to die since 22/9/24 I also should have been a citizen by now as my father was born in Manchester England.

Now I am trapped in my country of persecution in the state I was enforced disappeared in. Before my adventures in seeking asylum abroad I was held in solitary confinement for 18 days. Subjected to an attempted extrajudicial killing via forcible Ativan Withdrawal. Was given a trial in absentia via a motion for a continuance by my "defense attorney". As I was held 43 days past the maximum sentence for a clearly retaliatory charge for catching my Government not taking victims of domestic violence at their word for emergency benefits.



**17b-112a states:**

For purposes of this section, allegations of domestic violence by a victim may be sufficient to establish domestic violence where the Department of Social Services has no independent, reasonable basis to find the applicant or recipient not credible. Upon alleging domestic violence an applicant or recipient may be required to provide a sworn statement or to submit to the department any evidence of such violence available to the applicant or recipient. Evidence of domestic violence may include, but is not limited to: (1) Police, government agency or court records; (2) documentation from a shelter worker, legal, medical, clerical or other professional from whom the applicant or recipient has sought assistance in dealing with domestic violence; or (3) a statement from an individual with knowledge of the circumstances which provide the basis for the claim of domestic violence. We may want to think about if/how we incorporate #3 (statement of individual with knowledge). If we do not incorporate, we need to be prepared to answer why.

As for not needing a police report or restraining order, I understand the commissioner's concern about the risk of pursuing those documents, but these benefits are a LOT of money, we have to have some way of substantiating the client's claims. If they already have those documents then great, but if they don't I feel like the application would have to come from a DV shelter. Yes, the plan is to set up an application process with DV shelters. We discussed this in our previous meeting and it sounded like the shelters were on board with doing the applications for clients they are already working with. But if the purpose of the benefit is to help the person escape their DV situation, they also need to take some steps on their end to make that happen and provide us with some sort of proof that they are taking some form of action (which would be a police report OR restraining order OR seeking help from a shelter). It would be great if we could collect information on other DV supports being received by the client, even if just for reporting purposes.

Even when I claimed Asylum in Canada they illegally detained me for 16 days.



Estate of Connecticut
V.
Jeremy Lawson

Ex Parte EX3    File complaint

GA&M Hartford Criminal Court
M-10
Docket # H14-CR24-0263184-5

This is a crime Against Humanity. Article 14 of the UN Declaration of Human Rights Exist. I Plead under the Alford Doctrine 8/27/14 since a Judge unlawfully received true state arrest.

**ASFC CBSA**

36(1)(b)(Rpa)

"Serious Criminality having been convicted" [o]
Of an offence outside Canada that is committed in (which) would constitute an offence under an Act of Parliament Punishable by a maximum term of Imprisonment of at least 10 years."

Also a Class C Misdemeanor

**ASFC Montréal – Exécution de la loi**
Tuesday September 03rd, 2024

ID:                11-4195-3168
Surname:           LAWSON
First name:        Jeremy Michael
Date of birth:     March 29th, 1991
Country of birth:  United States of America

Unknown Charge (Conn Gen S 53a-183) Harassment 2 has 90 day Max Charge or $500 fine.
1. Class 1 Misdemeanor

**Admissibility Hearing :** Thursday, September 5th, 2024 at 09:00

I, Francis Letellier, of the Canada Border Services Agency (CBSA), do solemnly declare that I make this solemn declaration conscientiously believing it to be true and knowing that it is of the same force and effect as if made under oath.  "This is Perjury"

This file was referred to us for follow-up at the next detention review with a view to holding an admissibility hearing. The subject is under investigation to determine whether he is a person to whom section 36[1]b of the IRPA applies.

On September 3rd, 2024, we requested my colleague Henry Kwan from the Major Crime Investigation Unit to obtain from the authorities in Connecticut, USA, all the information concerning the criminal record, including police reports. The documents should be forwarded to us shortly.

Once we receive Mr. Lawson's court documents, we will be in a position to determine whether there are grounds to compromise the eligibility of his claim and support section 58(1)(c) of the IRPA. For the moment, my colleague cannot state a position.

Mr. Lawson's refugee claim is currently on hold pending a decision by a Board Member of the Immigration Division regarding the issuance of a possible removal order following the evidence to be presented by my colleague..

Considering Mr. Lawson's criminal history in the United States of America, I recommend that the subject's detention be maintained on the grounds that he will not appear for his eventual removal from Canada and sees no reasonable alternative to it, as he represents a certain risk to Canadian society. The evidence on file indicates that he is subject to the 36[1](b) inadmissibility category of the IRPA.

Francis LETELLIER - 18637
Agent d'exécution de la loi
ASFC Montréal – section renvois

Iceland where I claimed asylum again had police kidnap me 12/11/24 back to the US as the European Court of Human Rights and International Criminal Court let it happen. Worse the ECHR tried to gaslight me about it. It is not a good sign I uploaded every Petition I made to the Nobile officium to the International Criminal Court 2/2/25... I had to also report the International Criminal Court to itself so it is complicated.



The fact my petitions were denied based on their names, relief requested, interactions with the court to even file, and just how functional Cruel this is. Is so dehumanizing I barely can emotionally process it or why statutes, rules, and procedures are this absurd. This is a form of



how inherently flawed they are in practice. I did try to get several courts to Declare bureaucracy is a systemic crime Against humanity.

8/1/25 Petition to the Nobile officium

The Petition

---

The Petition

of

Borealis S. Hedling

for
Allowing everyone to be able to advocate for human rights individually and collectively without fear.

IT THEREFORE please your Lordships
to grant the Petitioner review of this petition
without charging fees. Declare the Petitioner is a human
being. Declare everyone has the right to advocate for
human rights individually and collectively. Grants this
review and relief under their jurisdictional discretion. E
d the Practice of deadnaming and misgendering of
Trans and Non-binary individuals in all Government
services.

They denied it due to its "nature" yet acknowledged the torture, refoulment, and crimes against humanity. Then misgendered me so I immediately filed a new Petition to the Nobile officium.

The Petition

of

Borealis S. Hedling

for

Ending the Practice of deadnaming and misgendering of Trans and Non-binary individuals in all Government services

IT THEREFORE please your Lordships
to grant the Petitioner review of this petition
without charging fees. Declare the Petitioner is a human
being. End the Practice of deadnaming and



misgendering of Trans and Non-binary individuals in all Government services.

Followed by a 10/1/25 addendum

The Petition

of

Borealis S Hedling
for
Expanding the courts of the UK authority to ensure the Government can adequately safeguard Human rights and honor international agreements.

MAY IT THEREFORE please your Lordships to expand the enforcement Provisions of the 1998 Human Rights Act to include Article 1 and 13 of The European Convention on Human Rights. Invest the courts of the UK with the power to provide injunctive relief in cases of violations of the European Convention on Human Rights. Ruling Section 4 of the 1998 Human Rights Act does not provide sufficient relief to honor international agreements.

Followed by a 17/1/25 Exparte addendum that led to the Inner House blacklisting me

The Petition

of

Borealis S Hedling
for Honoring the Petitioner's Right to an Effective Remedy Under Article 13 of the European

for Honoring the Petitioner's Right to an Effective Remedy Under Article 13 of the European Convention on Human Rights

9:29 Tue, Jan 13



MAY IT THEREFORE please your Lordships
to grant the Petitioner review of this petition
without charging fees. Declare the Petitioner is a
human. End the Practice of deadnaming and
misgendering of Trans and Non-binary individuals in all
Government. Expand Section 3 (1) of the Human
Rights Act 1998 interpretation requirements to also
include Article 1 and 13 of The European Convention
on Human Rights. Invest the courts of the UK with the
power to provide injunctive relief in cases of violations
of the European Convention on Human Rights. Ruling
Section 4 of the 1998 Human Rights Act does not
provide sufficient relief to honor international
agreements. Grant the Petitioner Citizenship and
international protection. Compel The UK Embassy in
Washington to secure emergency evacuation to Glasgow Scotland. Upon arrival provide full
medical
evaluation, housing, financial supports, and legal

assistance as is required for victims of torture under
international instruments.
services

Followed with an application 19/1/25 for permission to appeal to the UK Supreme Court

Followed by the noted 24/1/25 Petition to the Nobile officium (amended 29/1/25 / 1/2/25) I
gave up and again per the above uploaded everything to the International Criminal Court

The Petition

of

Borealis S Hedling
for
Ensuring the Equitable jurisdiction of the Nobile Officium does not just have the "pretence of
equity" by respecting the Petitioner's Article 6 (1)Convention rights

MAY IT THEREFORE please your Lordships
to arrange travel to Edinburgh for an emergency
hearing on the previously submitted Petitions to the
Nobile officium supplemented with oral testimony. To
ensure the Petitioner's Article 6 (1) Convention Rights
to a hearing regarding their civil rights is upheld. Along
with their Article 13 rights to an effective remedy.

Then finally the 24/2/25 Petition of Forgiveness / Conditional Motion to Withdraw Lawson V
The CJC

The Petition

of

Borealis S Hedling

Reply          Forward



for
Reconciling with the UK Court System and ensuring non-recurrence by the courts recommitting to the protection of human rights and apologizing

MAY IT THEREFORE please your Lordships to arrange travel to Edinburgh for an emergency hearing on the previously submitted Petitions to the Nobile officium supplemented with oral testimony. To ensure the Petitioner's Article 6 (1) Convention Rights to a hearing regarding their civil rights is upheld. Along with their Article 13 rights to an effective remedy.

So in closing please dear God help me!

Thanks,
Legal name: Jeremy M Lawson
Chosen name: Borealis S Hedling
They / Them

1 Lydall ST Manchester, CT 06042
Phone: +1-860-869-8636"

-The drafted email this action is attached to entitled "Re: (Case Ref: ER9187) / Hedling v. The Inner House Emergency Section 45 (b) Summary Petition to the Outer House

2. The Petitioner has a right to have all aspects of their Petitions considered in person with oral testimony. The Petitioner has no adequate remedy at law.

MAY IT THEREFORE please your Lordships
to under Section 45 (b) compel the Inner House of the Court of Sessions to immediately grant the Petition submitted 24/1/25 requesting "to arrange travel to Edinburgh for an emergency hearing on the

previously submitted Petitions to the Nobile officium supplemented with oral testimony. To ensure the Petitioner's Article 6 (1) Convention Rights to a hearing regarding their civil rights is upheld. Along with their Article 13 rights to an effective remedy. End their clearly illegal Practice of blacklisting all future Petitioners. With any penalties for non-compliance this Honourable Deems Just and Proper.

According to Justice, etc.

Borealis Serenity Hedling

They / Them

25/2/25



Cause reference number _____

THE COURT OF SESSION



Borealis Serenity Hedling

They / Them

25/2/25

Cause reference number _____

THE COURT OF SESSION

The Petition

of

Borealis S. Hedling

V.

The Inner House of the Court of Sessions

for

Making the Inner House of the Court of Sessions stop torturing the Petitioner via illegally blacklisting them against international instruments.



---------- Forwarded message ----------
From: **Borealis** <lectio.divina.forsophie@gmail.com>
Date: Thu, Nov 20, 2025, 10:38 AM
Subject: To the Bank of Ireland on helping a Human Rights Defender with limited identity documents and PTSD cash a certified check
To: <Mark.Leech@boi.com>, <Suzanne.ODea@boi.com>, <Ronan.O'Keeffe@boi.com>, <Brian.ONeill@boi.com>, <365security@boi.com>
Cc: <press@transparency.org>, <press@amnesty.org>, <hrwdc@hrw.org>, <hrwpress@hrw.org>, <info@frontlinedefenders.org>, <support@protectdefenders.eu>

Good morning,
Per the attached and below 👇 the Courts of the United States want $605 to stop violating international law. The Government of Ireland has withheld providing identity documents to me to ensure I am economically hamstrung in fighting for human rights globally.

The check is in my former legal name and I only have an expired Icelandic Refugee ID. Would the Bank of Ireland cash this $5,000 check and cut another certified check to



| Fee for Payments Returned or Denied for Insufficient Funds | $53 |
| --- | --- |

**Payments**

Any fees due to the Clerk, U.S. Court of Appeals for the D.C. Circuit, may be paid by check, cashier's check, or money order. Checks are made payable to "Clerk, U.S. Court of Appeals" and mailed to: Clerk, U.S. Court of Appeals for the D.C. Circuit, 333 Constitution Avenue, N.W., Room 5205, Washington, D.C. 20001.

- Pay Attorney Admission and Docketing Fees by Credit Card

Docket (PACER)

E-Filing (CM/ECF)

Filing Instructions

Court Fees





I am afraid of generally approaching institutions of any kind private or public currently.

Thanks,
Borealis S Hedling
They / Them

---------- Forwarded message ---------
From: **Borealis** <lectio.divina.forsophie@gmail.com>
Date: Tue, Nov 18, 2025, 8:25 AM
Subject: Emergency Petition to the Nobile Officium for Recalling the UK Ambassador to the UN for Aiding and Abetting Genocide and Colonial Governance Against International Law
To: Innerhouse Mailbox <innerhouse@scotcourts.gov.uk>, <salam@scotcourts.gov.uk>, <registry@supremecourt.uk>, <hrc-sr-independencejl@un.org>, <oaglitigationmailbox@advocategeneral.gov.uk>, <dppa-scsb3@un.org>, <information@icj-cij.org>, <info@law4palestine.org>, <hrc-ie-internationalorder@un.org>, <sar@mfa.gov.il>, <911@mfa.gov.il>, <info@adalet.gov.tr>, <embassy.dublin@mfa.gov.tr>, <hrc-ie-solidarity@un.org>, <SUPREMECTBRIEFS@usdoj.gov>, <Usadc.servicecivil@usdoj.gov>, <johnny.walker@usdoj.gov>, <alicia.dupree@usdoj.gov>, <usadc.civil@usdoj.gov>, <executive.office@dcbar.org>, <Simon.harris@oireachtas.ie>, <hrc-sr-truth@un.org>, <info@ihrec.ie>, <civil.rights@ag.ny.gov>, <civilrights@oag.state.md.us>, <eileen.flynn@oireachtas.ie>, <robbie.gallagher@oireachtas.ie>, <imelda.goldsboro@oireachtas.ie>, <laura.harmon@oireachtas.ie>, <alicemary.higgins@oireachtas.ie>, <garret.kelleher@oireachtas.ie>, <mike.kennelly@oireachtas.ie>, <sharon.keogan@oireachtas.ie>, <sean.kyne@oireachtas.ie>, <eileen.lynch@oireachtas.ie>, <aubrey.mccarthy@oireachtas.ie>, <maria.mccormack@oireachtas.ie>, <michael.mcdowell@oireachtas.ie>, <ronan.mullen@oireachtas.ie>, <conor.murphy@oireachtas.ie>, <pj.murphy@oireachtas.ie>, <margaret.murphyomahony@oireachtas.ie>, <linda.nelson-murray@oireachtas.ie>, <evanne.nichuilinn@oireachtas.ie>, <noel.odonovan@oireachtas.ie>, <fiona.oloughlin@oireachtas.ie>, <joe.oreilly@oireachtas.ie>, <sarahj.oreilly@oireachtas.ie>, <anne.rabbitte@oireachtas.ie>, <lynn.ruane@oireachtas.ie>, <dee.ryan@oireachtas.ie>, <nicole.ryan@oireachtas.ie>, <gareth.scahill@oireachtas.ie>, <patricia.stephenson@oireachtas.ie>, <pauline.tully@oireachtas.ie>, <diarmuid.wilson@oireachtas.ie>, <vpcao@tcd.ie>, <MediaRelations@uscg.mil>, <osd.pa.dutyofficer@mail.mil>, <AF.JAX.Workflow@us.af.mil>, <16AF.PA.MediaOps@us.af.mil>, <OnTheRecord@usmc.mil>, <PTGN_CHINFONEWSDESK@navy.mil>, <warcompa@socom.mil>, <osd.pentagonpressbadges@mail.mil>, <legalcooperation@oas.org>, <cidh-prensa@oas.org>, <CIDHDenuncias@oas.org>, <EO@ombudsman.europa.eu>, <info@frontlinedefenders.org>, <press@whistleblower.org>, <press@whistlebloweraid.org>, <democracy@coe.int>, <democracyinstitute@ceu.edu>, <christoph.halbig@philos.uzh.ch>, <graduiertenschule@phil.uzh.ch>, <sigmond.richli@philos.uzh.ch>, <fsb@sib.uzh.ch>, <asae.leitung@ethik.uzh.ch>,

Reply    Forward





I feel like these are all super valid...



Form 14.4

**Emergency Petition to the Nobile Officium**

cause reference number _____

UNTO THE RIGHT HONOURABLE THE LORDS OF COUNCIL AND SESSION

The petition of

**Borealis S Hedling**
**&**
**Kilmar Armando Abrego Garcia**

Brought on Behalf of

The People of the Sovereign Nation of Palestine
**(Pursuers)**

Travelodge Plus 44 Townsend Rm 120 Dublin 2 (Ireland)
Brought Actio Popularis under Rule 14.3 (d) of the Court Sessions, the Principles of Erga
Omnes, Jus Cogens, Universal Jurisdiction, and Aut Dedere Aut Judicare. Article 3, 13 and
14 of the UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment
or Punishment. Article 11 & 13 of the UN Convention on the Rights of Persons with
Disabilities. Article 1 ,2, 3, 6, 13, and 14 of the European Convention on Human Rights.

**&**

In Terms of Being Fee Exempt Section 36.4 of the 1988 Scottish Legal Aid Act in relation to:

**The 8/1/25 Petition to the Nobile Officium**
**of**
**Borealis S Hedling**
**for**
**Allowing everyone to be able to advocate for human rights individually and**
**collectively without fear.**

**Borealis S Hedling**
**&**
Kilmar Armando Abrego Garcia



**Borealis S Hedling**
**&**
**Kilmar Armando Abrego Garcia**

**Brought on Behalf of**

**The People of the Sovereign Nation of Palestine**
**(Pursuers)**

**V.**

**Barbara Woodward (UK Ambassador to the UN in New York)**
**(Defender)**

**HUMBLY SHEWETH:-**

1. As this court is aware from the 12th document an email entitled "To clarify the Occupation of the Palestinian Territory is completely illegal according to the International Court of Justice their opinions should be binding as the "competent authority". Included with the November 11, 2025 Emergency Petition to the Nobile Officium. The UN Security Council lacked the authority to approve the Trump Peace Plan Draft Resolution that clearly

---

Council lacked the authority to approve the Trump Peace Plan Draft Resolution that clearly violates international law.

The Petition
of
Borealis S Hedling
&
Kilmar Armando Abrego Garcia

Brought on Behalf of

Victims of the Trump and Bukele Administration

The People of the Sovereign Nation of Palestine
(Pursuers)

V.

The British Broadcasting Corporation
(Defender)
for
Stopping The BBC from Suppressing a Legal Framework to Hold Heads of State
Accountable for Crimes Against Humanity and Genocide

9:30  Tue, Jan 13  📺 ☁ Ç  •                                          ☞ ◢ ☜ 43%▮

←                                                    ⤓   🗑   ✉   ⋮

(Defender)
for
Stopping The BBC from Suppressing a Legal Framework to Hold Heads of State
Accountable for Crimes Against Humanity and Genocide

2. Per a November 17, 2025 UN Special Procedures Report on building a Matrix to hold
Ambassadors responsible for violating international criminal law using original jurisdiction
cases at the US Supreme Court. With the US Court of Appeals having blocked the Petitioners

right to file via email it might not be recognized by the Courts. This framework is legally
viable unlike having a unlawfully elected President who committed the Crime Against
Humanity of Mass Deportation leading a board of "peace"... The International Community
unfortunately even as I petition the Bavarian Landtag to affirm their support for the
Nuremberg Principles in Memory of Sophie Scholl have completely given up pretending
Donald J Trump can't just invalidate Peremptory norms.

3. The Petitioners have no adequate remedy under law.

MAY IT THEREFORE please your Lordships
to immediately recall the Ambassador for
violating international law in knowingly aiding and
abetting Genocide by not upholding the ICJ decision
and proposing the creation of a court of universal
jurisdiction. According to Justice, etc.

/s/ Borealis S Hedling
They / Them
November 18, 2025



◀        ⬤        ■

8:20  📷 ☺ ⬤ ⬤  •                                          ◉ H ⌃ ⌂

⟵ Reply                    ⟶ Forward                    ☺

⠿  🏈  📁  📅  💬  🌐  📷  📄  G  |||  ⬤  ‹



*cause reference number*_____

THE COURT OF SESSION

The Petition

of

**Borealis S Hedling**
**&**
**Kilmar Armando Abrego Garcia**

**Brought on Behalf of**

**The People of the Sovereign Nation of Palestine**
**(Pursuers)**

**V.**

**Barbara Woodward (UK Ambassador to the UN in New York)**
**(Defender)**

**For**

**Recalling the UK Ambassador to the UN for Aiding and Abetting Genocide and**
**Colonial Governance Against International Law**



Schedule of Documents

The Petition

of

Borealis S Hedling
&
Kilmar Armando Abrego Garcia

Brought on Behalf of

The People of the Sovereign Nation of Palestine
(Pursuers)

V.

Barbara Woodward (UK Ambassador to the UN in New York)
(Defender)

For

Recalling the UK Ambassador to the UN for Aiding and Abetting Genocide and Colonial
Governance Against International Law

1. October 5, 2025 Email entitled "Emergency Submission to the International "Criminal"
Court on dissolving itself for violating the Principles of Jus Cogens and helping form a
new Court of Universal Jurisdiction (their warrants are still valid)

2. November 2, 2025 email Entitled "The International Court of Justice opinion on ending
the Occupation of Palestine is binding in the absence of the Security Council to act
lawfully"

3. November 13, 2025 Email entitled "FYI Because the United States didn't end the Practice
of Deadnaming and Misgendering of Trans and Non-binary Individuals Elena Kagan
never saw my Application for an Extension in the California Case" noting to the court of
sessions:

"Imagine if the Inner House of the Court of Sessions had ended this practice 8/1/25... Maybe it
would have sent the message I was human being and not to call me "Mr." anything. Grant my
Petition to the Nobile Officium against the BBC and at least the 8/1/25 one."

4. November 14, 2025 Emergency Request for a Declaratory Judgment and Preliminary
Injunction against US Supreme Court Clerks Office

Hedling

V.



V.

Meek et al.

5. November 17, 2025 UN Special Procedures Report on legal matrix to hold Ambassadors responsible for violating international law. Noting the specifically illegal nature of the Trump Peace Plan

6. November 18, 2025 email entitled: With my last 3.95 Euros... An Emergency Motion for a Speedy Hearing Lawson v. The DOJ Case 25-5398 as I desperately beg to be medically evacuated from Ireland...

7. Mein Dringlichkeitsantrag an den Bayerischen Landtag in einer scheinbar hoffnungslosen Situation



WHEREFORE, Plaintiff, BOREALIS  S HEDLING demands judgment against
Defendants, The Bank of Ireland for damages in the form of funding a Genocide Memorial for
the People of the Sovereign Nation of Palestine, as well as interest, costs, punitive damages,
attorney's fees,  and such other relief as this Court may deem just and proper. The People via a
Jury are the only competent authority to judge this case.


I swear under penalty of perjury this complaint is complete and true to the best of my
knowledge.

Signed on the 13th of January 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2
(Ireland)

Respectfully submitted,
/s/ Borealis S Hedling
Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
+1-959-999-8957
Borealis.appeals@gmail.com